JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, et al., | No.   CV 09-6321 PA (PJWx)<br>        CV 09-8385 PA (PJWx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| INTERNATIONAL CREATIVE MANAGEMENT, INC., et al., | |
| Defendants. | |

| |
|---|
| INTERNATIONAL CREATIVE MANAGEMENT, INC. et al., |
| Plaintiffs, |
| v. |
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, et al., |
| Defendants. |

In accordance with the Court's September 10, 2010 Minute Order granting in part and denying in part the Motions for Summary Judgment filed by American Casualty Company of Reading, Pennsylvania, National Fire Insurance Company of Hartford, Transportation Insurance Company, and Valley Forge Insurance Company (collectively "Insurers") and International

Creative Management, Inc., Broder Kurland Webb Agency, Inc., and Broder Kurland Webb Uffner (collectively "ICM"), the Court has granted resolved all of the claims pending in these actions.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.    ICM shall have judgment in its favor on the parties' claims for declaratory judgment and reimbursement with respect to Insurers' duty to defend the "Underlying Action" (as that term is defined in the Court's September 10, 2010 Minute Order on the parties' Motions for Summary Judgment);

2.    Insurers shall have judgment in their favor on the parties' claims for declaratory judgment and reimbursement with respect to Insurers' duty to indemnify the Underlying Action;

3.    Insurers shall have judgment in their favor on ICM's claim for bad faith; and

4.    Each party shall bear their own costs of suit.

The Clerk is ordered to enter this Judgment.

DATED:  September 10, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE